# NO. 12-14-00352-CR
# NO. 12-14-00353-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *DAVID LYNN SELLERS,*<br>*APPELLANT* | § | *APPEALS FROM THE 173RD* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *HENDERSON COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
## *PER CURIAM*

Appellant's counsel has filed a motion to dismiss these appeals. The motion is accompanied by a document signed by Appellant in which he authorizes his counsel to file a motion to dismiss the appeals. No decision has been delivered in these appeals. Accordingly, Appellant's motion to dismiss is granted, and the appeals are ***dismissed***. *See* TEX. R. APP. P. 42.2(a).

Opinion delivered January 21, 2015.
*Panel consisted of Worthen, C.J. and Hoyle, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JANUARY 21, 2015**

**NO. 12-14-00352-CR**
**NO. 12-14-00353-CR**

**DAVID LYNN SELLERS,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeals from the 173rd District Court

of Henderson County, Texas (Tr.Ct.No. B-20,857; B-20,858)

THESE CAUSES came on to be heard on the motion of the Appellant to dismiss the appeals herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeals be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J. and Hoyle, J.*